USDC SCAN INDEX SHEET

















SUI   2/16/06 12:38

3:06-CR-00298   USA V. CORONADO

*1*

*CRINDI.*

FILED

06 FEB 15 PM 3: 43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2005 Grand Jury

'06 CR 0298

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 18, U.S.C., |
| RODNEY ADAM CORONADO, ) | Sec. 842(p)(2)(A) - Distribution of Information Relating to Explosives, Destructive Devices |
| Defendant. ) | and Weapons of Mass Destruction |

Unsealed 2/22/06 kaj

SECRET

The grand jury charges:

On or about August 1, 2003, within the Southern District of California, defendant RODNEY ADAM CORONADO, did teach and demonstrate the making and use of a destructive device and did distribute by any means, information pertaining to, in whole or in part, the manufacture of a destructive device, with the intent that the teaching, demonstration, and information be used for, and in furtherance of, an activity that constitutes a federal crime of violence, to wit, arson; in violation of Title 18, United States Code, 842(p)(2)(A).

DATED: February 15, 2006.

A TRUE BILL:

_____
Foreperson

CAROL C. LAM
United States Attorney

By: _____
JOHN N. PARMLEY
Assistant U.S. Attorney

JNP:nlv:San Diego
2/8/06

RECEIVED

**PLEASE RECEIPT AND RETURN**

FILED

FEB 15   4 23 PM '06

06 FEB 15 PM 3: 43

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA ·

January 2005 Grand Jury

06 CR 0298 JM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RODNEY ADAM CORONADO,<br><br>            Defendant. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C.,<br>Sec. 842(p)(2)(A) - Distribution<br>of Information Relating to<br>Explosives, Destructive Devices<br>and Weapons of Mass Destruction |

unsealed 2/22/06 .
SECRET hay

The grand jury charges:

On or about August 1, 2003, within the Southern District of California, defendant RODNEY ADAM CORONADO, did teach and demonstrate the making and use of a destructive device and did distribute by any means, information pertaining to, in whole or in part, the manufacture of a destructive device, with the intent that the teaching, demonstration, and information be used for, and in furtherance of, an activity that constitutes a federal crime of violence, to wit, arson; in violation of Title 18, United States Code, 842(p)(2)(A).

DATED: February 15, 2006.

A TRUE BILL:

_____
Foreperson

CAROL C. LAM
United States Attorney

By: _____
JOHN N. PARMLEY
Assistant U.S. Attorney

JNP:nlv:San Diego
2/8/06