ORIGINAL

FILED
08 APR -9 PM 4:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 06cr0298-JM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| RODNEY ADAM CORONADO, | ) | |
| Defendant. | ) | |

**GOOD CAUSE APPEARING**, and based upon the ex parte application of the Defendant, Rodney Adam Coronado,

**IT IS ORDERED** that Mr. Coronado shall receive a transcript of the sentencing hearing in this case. Payment for such transcript shall be made pursuant to the Criminal Justice Act ("CJA"), Title 18 USC §3006A(e)(1).

**SO ORDERED.**

Dated: 4/9/08

HONORABLE JEFFREY T. MILLER
United States District Court Judge