UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 06cr0298-JM |
| Plaintiff, ) | **ORDER ON MOTION TO EXONERATE BOND** |
| ) | [Docket 157] |
| v. ) | |
| RODNEY ADAM CORONADO, ) | |
| Defendant. ) | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

GOOD CAUSE APPEARING, and based upon the Defendant's moving papers,

IT IS ORDERED that the bond posted to ensure the appearance of the Defendant, Rodney Adam Coronado, in the above-entitled case is hereby exonerated.

SO ORDERED.

DATED: June 2, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge